

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed January 09, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § § | |
| DIANNA DOROTHY CRITES § § § | CASE NO.: 10-47693-RFN-7 |
| DEBTOR § | |

**ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY**

On December 8, 2010, Jeffery Harold Crites filed a Motion for Relief from the Automatic Stay to Allow Post Divorce Proceedings (the "<u>Motion</u>"). The Motion was set for hearing on January 5, 2011 at 9:30. The movant submitted a default order to the Court, but the default order had not been signed as of January 5, 2011, and the hearing on the Motion remained scheduled for January 5, 2011 at 9:30. Although the Debtor did not answer the Motion, she did appear at the hearing. The movant did not appear at the hearing. Therefore, in accordance with the Court's bench ruling at the hearing, the Court finds that the Motion should be denied. Accordingly, it is

**ORDERED** that the Motion is **DENIED** without prejudice to refiling.

# # #  END OF ORDER  # # #